IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIEKO LEGETT,<br><br>    Petitioner,<br><br>v.<br><br>GLORIA HENRY,<br><br>    Respondent.<br>_____ | No. C 06-3260 MMC (PR)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS; DIRECTING PLAINTIFF TO PAY FILING FEE WITHIN THIRTY DAYS**<br><br>**(Docket No. 3)** |

    On May 17, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Now before the Court is petitioner's application to proceed in forma pauperis. Petitioner's trust account documents reveal, however, that for the six months preceding the filing of this petition, petitioner had average monthly deposits in her trust account of $34.60 and average monthly balances of $51.78. These sums are sufficient to pay the $5.00 habeas filing fee. Accordingly, the application to proceed in forma pauperis is DENIED. Within **30 days** of the date this order is filed, petitioner shall pay the $5.00 filing fee. Petitioner shall include with her payment a clear indication that it is for this case number, C-06-3260 MMC (PR).

    **<u>Failure to pay the filing fee as ordered herein within 30 days of the date this order is filed shall result in the dismissal of this action without prejudice.</u>**

    This order terminates Docket No. 3.

    IT IS SO ORDERED.

DATED: June 26, 2006

                            _____
                            MAXINE M. CHESNEY
                            United States District Judge