IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIEKO LEGETT, </br>         Petitioner, </br> v. </br> GLORIA HENRY, </br>         Respondent. </br> _____ | No. C 06-3260 MMC (PR) </br> **ORDER DENYING MOTION TO WAIVE FILING FEE; GRANTING EXTENSION OF TIME TO PAY FILING FEE** </br> **(Docket No. 8)** |

On May 17, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 26, 2006, the Court denied petitioner's application to proceed in forma pauperis ("IFP") because petitioner's trust account documents revealed that for the six months preceding the filing of this petition, petitioner had average monthly deposits in her trust account of $34.60 and average monthly balances of $51.78. The Court found these sums sufficient to pay the $5.00 habeas filing fee, and ordered petitioner to do so within thirty days or the case would be dismissed without prejudice. Petitioner has not paid the filing fee.

On September 18, 2006, nearly two months after the deadline for paying the filing fee, petitioner filed a motion to "waive" the filing fee, in which motion she indicates she requested that prison officials pay the filing fee but her request was denied because she had only three cents in her account. Petitioner's motion cannot be considered by the Court because it is not signed. See Fed. R. Civ. P. 11. Moreover, petitioner does not contend therein that she did not have sufficient funds to pay the $5.00 filing fee at the time this action was filed. Indeed, the trust account statement filed herein on May 17, 2006 indicates that as of May 11, 2006, six days before this action was filed, petitioner had an "available balance"

of $56.02, more than enough to pay the $5.00 filing fee.  According to a second trust account statement filed June 13, 2006, petitioner withdrew $56.00 from her trust account on May 19, 2006, two days after she filed this action.  As petitioner had sufficient funds to pay the filing fee when she filed the instant action, and shortly thereafter depleted her account of almost all of its funds, petitioner's motion to waive the filing fee is DENIED.

In light of petitioner's current lack of funds, she will have an extension of time, to and including **January 8, 2007,** in which pay the $5.00 filing fee.  Petitioner shall include with her payment a clear indication that it is for case number C-06-3260 MMC (PR).

This order terminates Docket No. 8.

IT IS SO ORDERED.

DATED: November 17, 2006

_____
MAXINE M. CHESNEY
United States District Judge