IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIEKO LEGGETT,

        Petitioner,

  v.

GLORIA HENRY, Warden,

        Respondent.
                                     /

No. CV-06-3260 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: September 30, 2009

                                                Richard W. Wieking, Clerk

                                                *Tracy Lucero*

                                                By: Tracy Lucero
                                                Deputy Clerk